

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      In re Karen A. Duddlesten, Kathy L.Young, and Kelly E. Kelsey as Co-Trustees of the Wayne B. Duddlesten Martial Deduction Trust

Appellate case number:    01-18-00561-CV

Trial court case number:   396,993-401

Trial court:              Probate Court No. 3 of Harris County

The en banc court has voted to deny Jerri Duddlesten Moore's motion for en banc reconsideration.[*] It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature: /s/ __/s/ Sarah Beth Landau_____
Acting for the En Banc Court

Date:  April 25, 2019

* En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, and Countiss. Justice Hightower not sitting.